THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JANIS REYNOLDS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IKEA DISTRIBUTION SERVICES, INC. *et al.*,<br><br>　　　　　Defendants. | CASE NO. C20-0577-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding a trial continuance (Dkt. No. 17). The parties ask the Court to continue trial from June 1, 2021 to October 11, 2021 or the earliest date thereafter and to continue pre-trial deadlines accordingly. (*Id.* at 1.) The Court, finding good cause, hereby GRANTS the motion and ORDERS:

1. The trial date is continued to Tuesday, October 12, 2021 at 9:30 a.m.;
2. The proposed pretrial order is due September 28, 2021;
3. Trial briefs and proposed voir dire and jury instructions are due October 6, 2021;
4. Pleading amendments and third-party actions are due January 12, 2021;
5. 39.1 mediation must be completed by June 28, 2021;

6. The discovery cutoff is June 14, 2021; and

7. The dispositive motions deadline is July 14, 2021.

DATED this 3rd day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
