UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANIS REYNOLDS, an individual, | CASE NO. C20-0577-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| IKEA DISTRIBUTION SERVICES, INC. *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss all claims (Dkt. No. 22). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate to the dismissal of this case with prejudice and without an award of costs or fees to either party. (Dkt No. 22.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. Pursuant to the stipulation, the Court ORDERS that this case is DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to CLOSE this case.

//

//

DATED this 7th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk